Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

2019 APR 23 P 2:32

Case No. __2:19-cv-611-MHH__
*(to be filled in by the Clerk's Office)*

Plaintiff: __LaQuitta Rychelle McKenzie__

*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Defendant(s): __Navigant__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LaQuitta Rychelle McKenzie
Street Address: 2928 Hunter Ridge Drive Apt. #303
City and County: Birmingham, Jefferson County
State and Zip Code: Alabama 35235
Telephone Number: 256-245-1190 or 205-862-8772 - cell
E-mail Address: laquitta517@gmail.com

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

4/22/2019
Date

A.N.S.
Participant Signature

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Navigant c/o Joshua Dalley
- Job or Title *(if known)*: Counsel Employment matters
- Street Address: 150 North Riverside Plaza, Suite 2100
- City and County: Chicago
- State and Zip Code: Illinois 60606
- Telephone Number: 312-583-2630 Direct 312-404-1739 mobile
- E-mail Address *(if known)*: joshua.dalley@navigant.com

Defendant No. 2
- Name: Tina Burgett
- Job or Title *(if known)*: Navigant Human Capital Manager
- Street Address: 720 39th Street North
- City and County: Birmingham Jefferson County
- State and Zip Code: Alabama 35222
- Telephone Number: 205-731-9814
- E-mail Address *(if known)*: tina.burgett@navigant.com

Defendant No. 3
- Name: Holly Waldrop
- Job or Title *(if known)*: CCMC Supervisor
- Street Address: 720 39th Street North
- City and County: Birmingham Jefferson County
- State and Zip Code: Alabama 35222
- Telephone Number: 205-~~~~~~~ 617-7500
- E-mail Address *(if known)*: holly.waldrop@navigant.com

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

    Name — Navigant

    Street Address — 720 39th Street North

    City and County — Birmingham Jefferson County

    State and Zip Code — Alabama 35222

    Telephone Number — 312-583-2630

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

| ☐ | Relevant state law *(specify, if known)*: |
| ☐ | Relevant city or county law *(specify, if known)*: |

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) ~~October~~ August 21, 2018; Oct 16, 2018; Oct. 23, 2018; October 24, 2018; November 14, 2018; November 21, 2018; November 27, 2018; December 19, 2018; February 1, 2019; November 30, 2018; ~~[scribbled]~~ February 28, 2019; March 15, 2019; March 20, 2019

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  ADHD, Anxiety

E.  The facts of my case are as follows. Attach additional pages if needed.

I have experienced various acts of retaliation. I have experienced acts of harrassment. Navigant has violated section of Title VII of Civil Rights Act 1964 by conditioning my employment upon the signing of mandatory arbitration agreement that requires employees to give up their right to file discrimination charges with EEOC or "governmental dispute resolution forum".

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 26, 2018

B.  The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* February 11, 2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back wages - $32,308.00 / due to loss of income
Front wages - $58,022.00 / due to loss of income
Pecuniary loss - $6,123.00 / due to loss of income
Emotional distress - $400,000.00 / due to pain + suffering + admitted on mental unit
Punitive damages - $975,000.00 / due to treatment I faced from Navigant
was malice + reckless.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/22/2019

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: LaQuitta R McKenzie

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____