2:19-cv-611-MHH

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

☑ appointment of an attorney

☑ authority to commence an action without prepayment of fees, costs or security

I. **PERSONAL AND FINANCIAL DATA**

    A.    Your full name and present mailing address:

LaQuitta Rychelle McKenzie
2928 Hunter Ridge Dr. Apt #303
Birmingham, AL 35235
Telephone (if any): 205-862-8772 or 256-245-1190

    B.    Are you presently employed?    Yes _____   No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

_____

_____

_____

Weekly earnings: $ _____

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Navigant
720 39th Street North
Birmingham, AL 35222
Date last worked: 2/28/2019
Weekly earnings: $ 604.40

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?   $ 30,000

as interest, dividends, rents, or investment income of any kind?   $ 0

as gifts or inheritance?   $ 0

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?   $ 0

from pensions, annuities, workmen's compensation, disability or other insurance policies?   $ 0

from all other sources?   $ 0

**C.** How much money do you own or have in any checking or savings accounts?   $ -21.54

**D.** Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?
Yes _____ No ✓

If the answer is "yes," describe the property and state its approximate value:
N/A

**E.** How much money do you owe others?   $ 3,123.57

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.
Jim McDonald Sandefer
Gateway Management Company Agent for Hunter Ridge Apartments

**F.** List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
N/A

G. Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?    Yes _____ No __✓__

If the answer is "yes," provide the following information for each such person:

Name:_____
Relationship:_____
Employer:_____
Weekly earnings: $_____

Name:_____
Relationship:_____
Employer:_____
Weekly earnings: $_____

H. Any other information which you believe supports your claim that you cannot financially afford to make payment of court fees, costs, or security.
Termination letter
_____
_____

(Attach additional sheets as needed)

## II. EFFORTS TO OBTAIN AN ATTORNEY
(To be completed if requesting Appointment of an Attorney)

A. Have you talked with an attorney about handling your claim?
Yes __✓__ No _____

If "yes," give the following information about each attorney with whom you have talked:

Attorney: Sears + Sears
When: Feb 2019
Where:_____
How (by telephone, in person, etc.): by phone + in person

Attorney: Taylor Pruett
When: March 20 2019
Where:_____
How (by telephone, in person, etc.): in person + by phone

Page 3 of 4

**B.** Explain any other effect you have made to contact an attorney to handle your claim:
_I have completed intake at various employment signts online._

**C.** Any other information which supports your application for the court to appoint an attorney for you:
_I am no longer Employed._

**D.** Name and address of each attorney who has represented you in the last ten (10) years for any purpose:
_Wiggin + Michel LLC_

(Attach additional sheets as needed)

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding ____ pages is true and correct.

Date: _____            _____
                                                     Signature

WITNESS:

_____

_____