Case # 2:19-CV-00611

FILED
2019 APR 25 P 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

I, LaQuitta Rychelle McKenzie, am submitting in writing on April 25, 2019, that Section III. Statement of claim needs to be amended. I initially checked termination of my employment, however, I was not terminated until March of 2019. This action is not included in the charge filed with the Equal Employment Opportunity Commission. I wish to amend docket report 2:19-CV-00611 MHH by unmarking termination of my employment.

*[signature: LMcK]*

LaQuitta McKenzie
2028 Hunter Ridge Dr. Apt. 303
Birmingham, AL 35235
205-862-8772   256-245-1190