FILED
2019 Apr-25 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

I, LaQuitta McKenzie am writing on April 25, 2019, that the original In Forma Pauperis Affidavit was not signed. Attched is a copy of a signed + completed In Forma Pauperis.

*[signature]*

LaQuitta R. McKenzie
2928 Hunter Ridge Dr. Apt. 303
Birmingham, AL 35235
205-862-8772 - cell   256-245-1190 - home

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

2019 APR 25 A 10: 59

### IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

☑ appointment of an attorney

☑ authority to commence an action without prepayment of fees, costs or security

I. **PERSONAL AND FINANCIAL DATA**

   A. Your full name and present mailing address:

   LaQuitta Rychelle McKenzie
   2928 Hunter Ridge Drive Apt. 303
   Birmingham AL 35235
   Telephone (if any): 205-842-8772

   B. Are you presently employed?    Yes _____    No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

   Weekly earnings: $ _____

   If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

   Navigant
   720 39th Street North
   Birmingham AL 35222
   Date last worked: 2/28/2019
   Weekly earnings: $ 604.40

Page 1 of 4

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind? $ 20,000

as interest, dividends, rents, or investment income of any kind? $ 0

as gifts or inheritance? $ 0

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ 0

from pensions, annuities, workmen's compensation, disability or other insurance policies? $ 0

from all other sources? $ 0

C. How much money do you own or have in any checking or savings accounts? $ -21.54

D. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes _____ No ✓

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____
_____

E. How much money do you owe others? $ 3123.57

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.
Jim McDonald Sandefer - 3123.57
Gateway Management Company Agent for Hunter Ridge Apartments

F. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
N/A

G.  Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?   Yes _____ No ___✓___

If the answer is "yes," provide the following information for each such person:

Name:_____
Relationship:_____
Employer:_____
Weekly earnings: $_____

Name:_____
Relationship:_____
Employer:_____
Weekly earnings: $_____

H.  Any other information which you believe supports your claim that you cannot financially afford to make payment of court fees, costs, or security.
Termination Letter
_____
_____

(Attach additional sheets as needed)

## II. EFFORTS TO OBTAIN AN ATTORNEY
(To be completed if requesting Appointment of an Attorney)

A.  Have you talked with an attorney about handling your claim?
Yes __✓___ No _____

If "yes," give the following information about each attorney with whom you have talked:

Attorney: ~~XXXXXXXXXXXXXXXXXX~~ Taylor Pruett
When: ~~XXXXXXXXX~~ March 2019
Where:_____
How (by telephone, in person, etc.):_____
_____

Attorney: Sears + Sears
When: Feb 2019
Where:_____
How (by telephone, in person, etc.): in person
_____

B. Explain any other effect you have made to contact an attorney to handle your claim.

I have completed intake at various employment sights on line.

C. Any other information which supports your application for the court to appoint an attorney for you:

I have been terminated by my Employer + have no income.

D. Name and address of each attorney who has represented you in the last ten (10) years for any purpose:

Wiady + Michel LLC

(Attach additional sheets as needed)

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding ____ pages is true and correct.

Date: 4/25/2019

Signature

WITNESS: